No. 94–1556. BUHR ET AL. *v.* FLATHEAD COUNTY ET AL. Sup. Ct. Mont. Certiorari denied.

No. 94–1559. HAMROL *v.* CITY AND COUNTY OF SAN FRANCISCO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–1561. BETHLEHEM MINERALS CO. ET AL. *v.* CHURCH & MULLINS CORP. ET AL. Sup. Ct. Ky. Certiorari denied.

No. 94–1563. CADILLAC PRODUCTS, INC. *v.* TRiENDA CORP. C. A. Fed. Cir. Certiorari denied.

No. 94–1565. SMITH *v.* PIFER. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–1566. FORBES *v.* ARKANSAS EDUCATIONAL TELEVISION COMMISSION NETWORK FOUNDATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1568. BENJAMIN *v.* COMMITTEE ON PROFESSIONAL STANDARDS, NEW YORK SUPREME COURT, APPELLATE DIVISION, THIRD JUDICIAL DEPARTMENT. Ct. App. N. Y. Certiorari denied.

No. 94–1572. ST. LOUIS SOUTHWESTERN RAILWAY CO. *v.* MALONE FREIGHT LINES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1573. COMER, PERSONAL REPRESENTATIVE OF THE ESTATE OF COMER *v.* KAISER FOUNDATION HEALTH PLAN, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1574. KALIARDOS *v.* GENERAL MOTORS CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 94–1575. RISBECK ET UX. *v.* BOND ET AL. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 94–1576. GOERING ET AL. *v.* NEBRASKA. Ct. App. Neb. Certiorari denied.